UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RANKIN, | Case No. 1: 14-cv-00854-BAM |
| Plaintiff, | **ORDER RE:** |
| v. | **NEW CASE DOCUMENTS;** |
| COMMISSIONER OF SOCIAL SECURITY, | **SUMMONS AND COMPLAINT;** |
| Defendant. | **SERVICE** |

_____/

On June 5, 2015, the Court granted Plaintiff's motion to proceed in forma pauperis.  (Doc. 5.) Accordingly, IT IS HEREBY ORDERED THAT:

        1.    The Clerk of Court is DIRECTED to issue the following:

            a.    A summons; and

            b.    New Social Security Case Documents including Social Security USM-285 Forms;

        2.    The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM-285 Form.

IT IS SO ORDERED.

Dated:   **June 20, 2014**           /s/ *Barbara A. McAuliffe*

                                      UNITED STATES MAGISTRATE JUDGE